UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| REBECCA SNYDER, Special Administrator of the Estate of Joseph J. J. Snyder, Jr., | ) ) ) ) | CIV. 07-5029-KES |
| Plaintiff, | ) ) | JUDGMENT OF DISMISSAL |
| vs. | ) ) | |
| GREEN TREE SERVICING LLC, | ) ) | |
| Defendant. | ) | |

Pursuant to the unopposed motion and stipulation for dismissal, it is hereby

ORDERED that the motion (Docket 6) is granted. This action is dismissed on its merits, with prejudice, and without costs to either party.

Dated November 6, 2009.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE